UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MARGARET PATRICIA JAKUBIAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE OF INSPECTOR GENERAL and ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 7:23-CV-330-D-RN** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion to proceed in forma pauperis [D.E.2] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1].

**This Judgment Filed and Entered on March 28, 2023, and Copies To:**

Margaret Patricia Jakubiak          (via US Mail to 3523 Adironack Way #416 ,
                                     Wilmington, NC 28403)

DATE: March 28, 2023                         PETER A. MOORE, JR., CLERK

                                             (By) /s/ Stephanie Mann
                                             Deputy Clerk